IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 319-007 |
| | ) | |
| JONATHAN SEAY | ) | |

**O R D E R**

Defendant did not file any pretrial discovery motions, despite receiving two extensions of time to do so. (See doc. nos. 13, 17.) The government has advised the Court its pretrial motion has been satisfied or otherwise resolved. (See doc. no. 21.) Therefore, a motions hearing is not necessary, and the government's pending discovery motion is **MOOT**. (Doc. no. 18.)

SO ORDERED this 9th day of August, 2019, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA