IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

```
UNITED STATES OF AMERICA      *
                              *
     v.                       *    CR 319-007
                              *
JONATHAN SEAY                 *
```

# O R D E R

The captioned criminal matter was originally scheduled for trial in Dublin, Georgia, on September 24, 2019. Defendant subsequently moved to continue the trial on two separate occasions.[1] The current trial date is scheduled for Augusta, Georgia, on December 2, 2019.

At present, Defendant has filed a third motion to continue the trial. Defendant also filed a motion to change venue, requesting that the trial take place in Dublin, Georgia, which is more convenient for his family and witnesses as well as for the Government's witnesses. Upon consideration of Defendant's venue concerns and in accordance with Federal Rule of Criminal Procedure 18, Defendant's motion to change venue (doc. no. 33) is **GRANTED**.

Further, upon due consideration, the Court finds, as a matter of fact and law, that the motion to continue is made in the

---

[1] On August 22, 2019, the Court granted Defendant's first motion for continuance, and the trial date was rescheduled for October 28, 2019, in Dublin, Georgia. The Court granted Defendant's second motion to continue that trial date on October 15, 2019.

interests of justice and not for the purpose of delay. The Court further finds, upon consideration of the factors set forth in 18 U.S.C. § 3161(h)(7)(B), that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial, particularly that a failure to grant such a continuance may result in a miscarriage of justice and deny defense counsel a reasonable opportunity for effective preparation. Accordingly, Defendant's motion to continue (doc. no. 34) is **GRANTED**. The time period between the granting of this continuance and the next scheduled trial date is excluded from the time calculation under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*

**TAKE NOTICE** that jury selection and trial assignment is hereby scheduled in this criminal case for **Tuesday, January 21, 2020 at 9:00 a.m.** at the J. Roy Rowland Federal Courthouse, 100 Franklin Street, **Dublin**, Georgia. **TAKE FURTHER NOTICE** that the Court will conduct a pre-trial conference on **Thursday, January 9, 2020 at 10:00 a.m.** at the Federal Justice Center, Courtroom 2, 600 James Brown Boulevard, **Augusta**, Georgia.

**ORDER ENTERED** at Augusta, Georgia, this 4th day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE

2