# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# DUBLIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| v. | * Indictment No. CR319-007 |
| JONATHAN SEAY, | * |
| Defendant. | * |

## ORDER FOR PRODUCTION OF DOCUMENTS AND INFORMATION

On December 18, 2019, Defendant Jonathan Seay, through counsel, filed his motion to dismiss the above indictment. The thrust of the motion is prosecutorial misconduct. On December 20, 2019, the United States Attorney, through Assistant United States Attorney Tara Lyons, filed the government's response to the aforementioned motion. The thrust of the government's response lies to the effect that details enumerated by the Defendant in an untimely motion are unimportant as they do not involve the essential elements of the alleged Wire Fraud or Aggravated Identity Theft. The Court will address the merits of the requested dismissal of the indictment at a later time.

For the present, the presiding judge requires more information which, no doubt, is available to the parties but not included in the record before the Court.

Upon the foregoing, **IT IS HEREBY ORDERED** that the United States Attorney shall (defense counsel may) submit the following documentation and information as soon as practicable:

A) Any and all policies, contracts, certificates, or other indicia of an insuring agreement relating to this indictment issued by "Globe Life Insurance" or "Globe Life and Accident Insurance Company" which the United States contends was created or obtained from Globe by Defendant Jonathan Seay as part of the alleged scheme of wire fraud and aggravated identity theft;

B) Any on-line application, correspondence, underlying agreement, or other documentation relating to any so-called "life insurance policy with Globe Life for Victim A", as described in paragraph 8 of the indictment; and

C) Any and all transcripts, recordings, notes, or FBI forms 302 relating to or memorializing conversations between Special Agent Marcus Kirkland and witnesses Jonathan Seay, Michael Daggett, Sammy Jackson, and officials, employees, officers or agents of "Globe Life" specifically, one Blythe Bradley, "Assistant General Counsel for Globe Life."

**IT IS FURTHER ORDERED** that in the event of any significant delay in the presentation of the aforementioned documents and information, the United States Attorney shall provide same piecemeal to the Court through electronic filing with the Clerk as and when such items become available.

**IT IS FURTHER ORDERED** that the United States Attorney is invited to explain the apparent discrepancy indicated by the language "it is undisputed that Seay received the 19-page grand jury transcript on November 3, 2019," and the transcript certificate indicating the court reporter's preparation thereof on June 22, 2019.

**The Clerk shall**, in addition to regular notices provided by electronic case filing, provide expedited notice to counsel of the entry of this order.

**ORDER ENTERED** at Augusta this 27th day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE