IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 319-007 |
| | * | |
| JONATHAN SEAY | * | |

# O R D E R

Upon consideration, the Government's motion for clarification (doc. no. 51) is **GRANTED** in that the Court dismissed the indictment against Defendant Jonathan Seay on January 7, 2020, without prejudice.

**ORDER ENTERED** at Augusta, Georgia, this 23rd day of January, 2020.

UNITED STATES DISTRICT JUDGE